PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES P. SAULINO, | ) | |
| | ) | CASE NO.  4:16CV0982 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| GENE RUSSO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

On July 6, 2016, the Court conducted a Case Management Conference, at which time the above-entitled action settled.  Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before September 6, 2016, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Court shall retain jurisdiction of the case for purposes of the entry of such further orders as may be necessary or proper to effectuate the purposes of the settlement.  Because the Court will retain jurisdiction, the parties shall submit a copy of the executed Settlement Agreement to Judy_Guyer@ohnd.uscourts.gov for the Court's future reference, if necessary.

The Court directs that if the transcript of the proceedings relating to this matter held on July 6, 2016 is subsequently ordered and prepared by the court reporter, the transcript shall be filed under seal.

IT IS SO ORDERED.

 July 7, 2016  /s/ *Benita Y. Pearson*
Date Benita Y. Pearson
United States District Judge